HENRY A. BARBER, Respondent, *v.* HENRY L. WHEELER, as Administrator of GILDEROY LORD, Deceased, Appellant.

*Barber* v. *Wheeler,* 46 App. Div. 633, affirmed.
(Argued March 19, 1901; decided April 4, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 8, 1899, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Elon R. Brown* for appellant.

*George S. Hooker* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

ELIZABETH ALBRECHT, as Administratrix of AUGUST ALBRECHT, Deceased, Respondent; *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Albrecht* v. *N. Y. C. & H. R. R. R. Co.,* 54 App. Div. 636, affirmed.
(Argued March 19, 1901; decided April 4, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 16, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles C. Paulding* for appellant.

*Otto Horwitz* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Not sitting : GRAY, J.